UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIA WATSON,

        Plaintiff,

v.                                                        Case No. 2:08-11311-DPH-MJH
                                                          Hon. Denise Page Hood

STATE FARM FIRE AND CASUALTY
COMPANY,

        Defendant.

| **DOUGLAS McCRAY (P55568)** | **ROBERT L. MOTT, JR. (P27942)** |
|---|---|
| **FABIAN, SKLAR & KING, P.C.** | **CARY R. BERLIN (P64122)** |
| Attorneys for Plaintiffs | **PATRICK, JOHNSON & MOTT, P.C.** |
| 33450 W. Twelve Mile Road | Attorneys for Defendant |
| Farmington Hills, Michigan 48331 | 27777 Franklin Road, Suite 1100 |
| (248)553-2000 | Southfield, Michigan 48034 |
| | (248) 356-8590 |

## FIRST STIPULATION TO EXTEND DISCOVERY

      The parties, through their respective counsel, as evidenced by their signatures below, stipulate to the extension of discovery by 70 days, with the new discovery cutoff set for January 9, 2009, with the new cutoff date for dispositive motions being January 13, 2009.

      The parties further stipulate and agree that the remaining dates previously scheduled in this action regarding the joint final pre-trial order, the final pre-trial conference, and trial remain unchanged.

S/ DOUGLAS McCRAY  
Attorney for Plaintiff  
dmccray@fabiansklar.com  
P55568

S/ CARY R. BERLIN  
Attorney for Defendant  
cberlin@pjmpc.com  
P64122

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIA WATSON,

       Plaintiff,

v                                   Case No. 2:08-11311-DPH-MJH
                                   Hon. Denise Page Hood

STATE FARM FIRE AND CASUALTY
COMPANY,

       Defendant.

---

| **DOUGLAS McCRAY (P55568)** | **ROBERT L. MOTT, JR. (P27942)** |
|---|---|
| **FABIAN, SKLAR & KING, P.C.** | **CARY R. BERLIN (P64122)** |
| Attorneys for Plaintiffs | **PATRICK, JOHNSON & MOTT, P.C.** |
| 33450 W. Twelve Mile Road | Attorneys for Defendant |
| Farmington Hills, Michigan 48331 | 27777 Franklin Road, Suite 1100 |
| (248)553-2000 | Southfield, Michigan 48034 |
| | (248) 356-8590 |

---

### ORDER TO EXTEND DISCOVERY

At a session of the United States District Court
for the Eastern District of Michigan, held in the
United States Courthouse, City of Detroit,
State of Michigan, on <u>October 16, 2008</u>.

PRESENT:  DENISE PAGE HOOD
               HON. DENISE PAGE HOOD

     Upon the reading and filing of the Stipulation between the parties to extend discovery 70 days until January 9, 2009 and extending the dispositive motion cutoff until January 13, 2009, and the Court being otherwise fully advised in the premises;

     **THEREFORE, IT IS HEREBY ORDERED** Discovery is extended until January 9, 2009;

     **IT IS FURTHER ORDERED** that the dispositive motion cutoff is extended until January

13, 2009;

**IT IS FURTHER ORDERED** that all remaining dates previously scheduled in this action regarding the final pre-trial order, the final pre-trial conference, and trial remain unchanged.


                                              S/DENISE PAGE HOOD
Dated: 10/16/08                HONORABLE DENISE PAGE HOOD
                                              U.S. DISTRICT JUDGE